**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

MARTIN RICHARDS
ADC #148155                                                                                           PLAINTIFF

V.                                           4:11-cv-00590-DPM-JTK

GARY STEWART, et al.                                                                     DEFENDANTS

## ORDER

Defendant Dr. Garry Stewart, through his attorney, has answered and supplied his correct name (Doc. No. 14). The Clerk is directed to change the style of the case to reflect the correct name of this Defendant.

IT IS SO ORDERED this 4th day of October, 2011.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE