IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MARTIN RICHARDS,
ADC # 148155                                                                                      PLAINTIFF

V.                                      4:11-cv-00590-DPM-JTK

GARRY STEWART                                                                             DEFENDANTS

## ORDER

This matter is before the Court on Plaintiff's Motion to Compel (Doc. No. 11). In his Response, Defendant states both Plaintiff's discovery requests and his Motion were filed prior to service of summons and the Complaint on him, and that he plans to respond to the interrogatories within the thirty days as permitted by the Federal Rules of Civil Procedure (Doc. No. 23). Accordingly,

IT IS, THEREFORE, ORDERED that Plaintiff's Motion to Compel (Doc. No. 11) is DENIED without prejudice.

IT IS SO ORDERED this 26th day of October, 2011.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE