# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

MARTIN RICHARDS,                                                                                            PLAINTIFF
ADC #148155

v.                                              4:11-cv-00590-JTK

GARRY STEWART                                                                                              DEFENDANT

## **ORDER**

Plaintiff's Motion to Compel (Doc. No. 29) is DENIED as moot.  Defendant indicates in his Response that discovery responses were mailed to Plaintiff on December 1, 2011 (Doc. No. 30).

IT IS SO ORDERED this 8th day of December, 2011.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE